# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDELE L. SINGER, AN INDIVIDUAL;
BLAIR W. MITCHELL, AN
INDIVIDUAL; AND STEVEN
GUILFORD, AN INDIVIDUAL,
Appellants,
vs.
SELECT PORTFOLIO SERVICING,
INC., AS SERVICING AGENT FOR U.S.
BANK, N.A., AS TRUSTEE,
SUCCESSOR IN INTEREST TO BANK
OF AMERICA, N.A, AS TRUSTEE AS
SUCCESSOR BY MERGER TO
LASALLE BANK, N.A., AS TRUSTEE
FOR WAMU MORTGAGE PASS
THROUGH CERTIFICATES SERIES
2007-0A6 TRUST,
Respondent.

No. 71213

FILED

FEB 0 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting respondents' petition for judicial review and denying appellants' petition for judicial review of a foreclosure mediation. Second Judicial District Court, Washoe County; Lidia Stiglich, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellants Edele Singer, Blair Mitchell, and Steven Guilford (collectively, homeowners), appeal the district court's order denying their petition for judicial review, granting respondent Select Portfolio Servicing, Inc.'s (SPS) petition for judicial review, and remanding the matter for additional mediation. The district court's order is not a final, appealable judgment under NRAP 3A(b)(1) because it did not reach a final judgment

on the outcome of the foreclosure, and it remanded the matter for additional mediation within the Foreclosure Mediation Program. *See Wells Fargo Bank, N.A., v. O'Brien*, 129 Nev. 679, 680-81, 310 P.3d 581, 582 (2013) ("[I]n the administrative context, a district court order remanding a matter to an administrative agency is not an appealable order, unless the order constitutes a final judgment on the merits and remands merely for collateral tasks, such as calculating benefits found due."). Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:     Hon. Scott Freeman, Chief Judge
        Department 8, Second Judicial District Court
        Jill I. Greiner, Settlement Judge
        Lemons, Grundy & Eisenberg
        Parsons Behle & Latimer/Reno
        Washoe District Court Clerk